# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

May 4, 2006

127780(103)
127823
127836
BEVERLY HEIKKILA, as Personal
Representative of the ESTATE OF
SHERI L. WILLIAMS,
     Plaintiff-Appellee,

v

NORTH STAR TRUCKING, INC.,
     Defendant,

and

MARC ROLLAND SEVIGNY and
J.R. PHILLIPS TRUCKING, LTD.
     Defendants-Appellees,
     Defendants-Appellants, (in 127836)

and

NORTH STAR STEEL CO.,
     Defendant-Cross-Plaintiff-Appellant, (in 127780)
     Defendant-Cross-Plaintiff-Appellee

v

INTERNATIONAL MILL SERVICE, INC.
     Defendant/Cross-Defendant-Appellee.
     Defendant/Cross-Defendant-Appellant. (in 127823)
_____

SC:   127780, 127823, 127836
CoA:  246761
Monroe CC:  00-011135-NI

      On order of the Court, the motion for reconsideration of the orders of March 10, 2006 is considered and it is DENIED because it does not appear the orders were entered erroneously.

      Cavanagh and Kelly, JJ., would grant reconsideration.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006

                                Clerk